UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVELYN DEL CARMEN NUNEZ,

              Plaintiff,                        Civil Action No.:
                                                      1:18-cv-06385-GWG

      - against -

COMMISSIONER OF SOCIAL SECURITY,                **ORDER**

              Defendant.
------------------------------------------------------------X

      The application for fees in Docket #25 is granted without objection for the reasons stated in Rabenda v. Colvin, 2018 WL 3178159, at *2 (S.D.N.Y. June 28, 2018).

      **IT IS ORDERED** that attorney's fees in the amount of $20,063.25, which represents 25% of the past due benefits awarded to Plaintiff, be paid to Charles E. Binder, petitioner.  Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $4,638.06 to Plaintiff.

DATED:   September 11, 2020

                                                                     _____
                                                                     Gabriel W. Gorenstein
                                                                     United States Magistrate Judge